UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| HOWARD JUNIOR JACKS | CIVIL ACTION |
|---|---|
| VERSUS | NO. 17-6328 |
| NEWELL NORMAND, ET AL. | SECTION: "I"(1) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion filed by Dr. Walter Smith, Joann Johnson, Charlene Johnson, and Kelly Harris, Rec. Doc. 16, is **GRANTED** and that the federal claims against those defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's federal claims against Sheriff Newell Normand and Chief Monfra are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

**IT IS FURTHER ORDERED** that the motion for summary judgment filed by Sheriff Newell Normand and Chief Monfra, Rec. Doc. 27, is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that plaintiff's state law claims, if any, are **DISMISSED WITHOUT PREJUDICE** to their being asserted in the state courts.

New Orleans, Louisiana, this 15th day of March, 2018.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**